FILED

08/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

## IN THE SUPREME COURT FOR THE STATE OF MONTANA

No. DA 21-0338, DA 21-0339

IN THE MATTER OF:

A.J.S. AND A.J.S.,

Youths In Need Of Care.

## ORDER

Upon consideration of Mother and Appellant's Motion To Consolidate Cases, and with good cause shown, it is hereby ORDERED that the above-captioned cases will be consolidated for purposes of appeal under Cause No. DA 21-0338.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 20 2021